**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 21, 2012.**



**In The**

# Fourteenth Court of Appeals

—————————

**NO. 14-12-00326-CV**

———————

**J & L CONSULTING AND LESLIE L. LAGERQUIST, D.D.S., Appellants**

**V.**

**JAMES B. HANIGAN, AND JAMES B. HANIGAN, D.D.S., M.S., P.C. Appellees**

**On Appeal from the 165th District Court
Harris County, Texas
Trial Court Cause No. 2008-27374**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 19, 2012.  On June 13, 2012, the parties filed a motion to dismiss the appeal because the case has settled.  *See* Tex. R. App. P. 42.1.  The motion is granted

Accordingly, the appeal is ordered dismissed.

PER CURIAM


Panel consists of Justices Boyce, Christopher, and Jamison.